# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| QUINTON DAVIS, | : |
| GDC ID 1174086, | : |
|    Petitioner, | : |
| | :    CIVIL ACTION NO. |
| v. | :    1:18-CV-3035-WSD-CMS |
| | : |
| DANNIE THOMPSON, | : |
|    Respondent. | : |

## FINAL REPORT AND RECOMMENDATION

State inmate Quinton Davis has filed a stand-alone "Motion for Extension of Time," stating that he intends to seek "federal relief" from state court convictions that became final in 2007 and for which he was denied state habeas corpus relief in June 2017.  *See* [1].  *See also Davis v. State*, 653 S.E.2d 104 (Ga. Ct. App. 2007).

I **RECOMMEND** that Davis's motion be **DENIED** and that this case be **DISMISSED WITHOUT PREJUDICE**.

When Davis files his federal habeas petition, he may state therein each basis on which he contends that he is entitled to statutory or equitable tolling of the one-year limitation period for seeking federal habeas relief. *See* 28 U.S.C. § 2244(d); *Holland v. Florida*, 560 U.S. 631 (2010).

If Davis files Objections to this Final Report and Recommendation, I **ORDER** him either to (A) pay the $400 due in case initiation fees or (B) submit a complete application for permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Davis is advised that failure to do so may constitute an additional basis for dismissal of this case. *See* LR 41.3A(2), NDGa.

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED, ORDERED, AND DIRECTED**, this 27th day of June, 2018.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE