IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

QUINTON DAVIS,

   Plaintiff,

     v.

DANNIE THOMPSON,

   Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-3035-TWT

## ORDER

This is a pro se mandamus action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of July, 2018.

                                       /s/Thomas W. Thrash
                                       THOMAS W. THRASH, JR.
                                       United States District Judge